UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JULIO COLON,

                Plaintiff,                    **ORDER**
-against-                                    15-CV-2157 (SIL)

SAM TELL AND SON, INC., MARC TELL,
and DANIEL SALTZMAN,

                Defendants.
----------------------------------------------------------------X

**LOCKE, Magistrate Judge:**

On September 30, 2016, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.* and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.*, Plaintiff Julio Colon and Defendants Sam Tell and Son, Inc., Marc Tell, and Daniel Saltzman jointly submitted a motion seeking approval of a Settlement and General Release Agreement (the "Settlement Agreement").[1] *See* Docket Entry ("DE") [29]. Having reviewed the parties' joint submission in support thereof, as well as the Settlement Agreement itself, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). Accordingly, the Settlement Agreement is approved and this case is hereby closed.

---

[1] On March 23, 2017, this action was assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* DE [32].

Dated: Central Islip, New York
March 28, 2017

**SO ORDERED.**

s/ Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge